UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLAUDE ELDRIDGE IV, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:16-CV-834 |
| WESTCOR LAND TITLE INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

# ORDER GRANTING FINAL SUMMARY JUDGMENT

On this day, the Court considered the motion for summary judgment (Dkt. No. 34) filed by Westcor Land Title Insurance Company. The Court, having considered the motion, believes it has merit and should be GRANTED.

It is, therefore, ORDERED that judgment is entered in favor of Westcor Land Title Insurance Company and against Claude Eldridge IV and Cassandra Eldridge on all causes of action asserted by Claude Eldridge IV and Cassandra Eldridge. Costs of court are awarded to Westcor Land Title Insurance Company.

It is so ORDERED.

SIGNED on this 11th day of April, 2018.

_____
Kenneth M. Hoyt
United States District Judge