UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CLAUDE ELDRIDGE IV, *et al*, | § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:16-CV-834 |
| | § | |
| WESTCOR LAND TITLE INSURANCE COMPANY, | § § § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the Order Granting Final Summary Judgment, the plaintiffs shall take nothing by this suit.

This is a Final Judgment.

It is so ORDERED.

SIGNED on this 11th day of April, 2018.

_____
Kenneth M. Hoyt
United States District Judge